IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA QUINTANA,<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON MUTUAL, et al.,<br><br>    Defendants.                     / | No. Misc. C 07-80248 CRB<br><br>**ORDER OF DISMISSAL WITH LEAVE TO AMEND** |

Plaintiff, proceeding pro se, filed this action against "BANK OF AMERICA, US Vessel DOES, ROES, and MOES 1-100 et al, US Vessel" as a miscellaneous action. Plaintiff's papers are incomprehensible and it is impossible for the Court to discern the basis for plaintiff's lawsuit. It appears that plaintiff is demanding approximately $30 million from Bank of America, but even that fact is unclear and the Court cannot discern the basis for the demand.

Accordingly, plaintiff's "action" is DISMISSED with 20 days leave to amend. If plaintiff wishes to proceed with this action, plaintiff must file a complaint that clearly identifies the parties and the claims that plaintiff is making and the facts that support his or

//
//
//

1  her claims.  Citation to random legal authorities is not sufficient to state a claim.

2  **IT IS SO ORDERED.**

3  Dated: October 31, 2007

CHARLES  R. BREYER
4  UNITED STATES DISTRICT JUDGE