IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADELA QUINTANA,

    Plaintiff,

  v.

WASHINGTON MUTUAL, et al.,

    Defendants.

                                      /

No. Misc. C 07-80248 CRB

**ORDER DENYING OBJECTION**

    Plaintiff's "objection to magistrate recommendation" is DENIED. Plaintiff's remedy, if any, is with the Ninth Circuit Court of Appeals.

    **IT IS SO ORDERED.**

Dated: December 28, 2007

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\80248\overruleobjection.wpd